[No. 21688.   Department Two.   August 13, 1929.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEX
SHOLUND, *Appellant*.[1]

*Anderson & Richards,* for appellant.
*Charles R. Denney,* for respondent.

FRENCH, J.—Appellant was charged, by information
filed in the superior court of Snohomish county, with
the crime of possession of intoxicating liquor with in-
tent to sell the same. Thereafter he was tried, con-
victed and sentenced, and this appeal follows.

There is but one assignment of error on which ap-
pellant relies for reversal, and that is the giving of a
certain instruction which, appellant claims, does not
correctly state the law.

The respondent moves to strike the statement
of facts for the reason that the same was not served
or filed within the time permitted. The record shows
that the trial took place on March 27, 1928, that the ap-
pellant was sentenced on April 9, 1928, and that on
that day motion for new trial was denied and notice
of appeal given in open court. The statement of facts
in this case was served on January 16, 1929, and the

[1]Reported in 279 Pac. 591.

same was filed January 17, 1929. Under the repeated holdings of this court, the statement of facts must be stricken. *In re Rotter's Estate,* 148 Wash. 285, 268 Pac. 866; *Chelan Electric Co. v. Wick,* 148 Wash. 479, 269 Pac. 827.

The only exceptions taken to the instructions given appear in the statement of facts, and, the statement of facts having been stricken, this court will not review the instructions in the absence of exceptions taken thereto. *State v. Goddard,* 132 Wash. 286, 231 Pac. 794.

Judgment affirmed.

PARKER, MILLARD, BEALS, and MAIN, JJ., concur.